# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>WESTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Case No.** |
| **v.** ) | |
| ) | |
| **ERICA LASHA PREWITT** ) | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE
### 18 U.S.C. § 641
(Theft of Government Funds)

From in or about August 2020 until in or about September 2021, in the Northern District of Alabama, Western Division, and elsewhere, the defendant,

### ERICA LASHA PREWITT

did knowingly and willfully embezzle, steal, purloin, and convert to his own use money belonging to the United States and a department and agency thereof, that is the United States Small Business Administration, the value of which in the aggregate did exceed the sum of $1,000.

1

All in violation of Title 18, United States Code, Section 641.

                                              PRIM F. ESCALONA
                                              United States Attorney

                                              */s/ Electronic Signature*

                                              Jonathan "Jack" Harrington
                                              Assistant United States Attorney